|   |   |
|---|---|
| 1 | David K. Garrett, Esq. SBN 114085 |
| 2 | **BLOMBERG BENSON & GARRETT** |
|   | 10300 4^(TH) Street, Suite 150 |
| 3 | Rancho Cucamonga, CA 91730 |
| 4 | Telephone: 909-945-5000 |
|   | Facsimile: 909-945-3143 |
| 5 | david.garrett@dkg.com |
| 6 |   |
|   | Attorneys for Plaintiff, |
| 7 | MIKE NICHOLSON |
| 8 |   |
|   | Shelby Crawford, Esq., SBN 217286 |
| 9 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| 10 | 555 South Flower Street, Suite 2900 |
|   | Los Angeles, California 90071-2407 |
| 11 | Telephone:(213) 443-5100 |
| 12 | Facsimile: (213) 443-5101 |
|   | Shelby.crawford@wilsonelser.com |
| 13 |   |
| 14 | Attorneys for Defendants, |
|   | AMF BOWLING CENTERS, INC. |
| 15 | erroneously sued as BOWLERO CORP. |
| 16 | and AMF BOWLING CENTERS, INC. dba BOWLERO CORPORATION |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE**

| MIKE NICHOLSON, an individual, | ) Case No.: 5:21-cv-00851-JGB-SP |
|---|---|
| Plaintiff, | ) |
| vs. | ) Judge: Hon. Jesus G. Bernal |
| BOWLERO CORPORATION, a Corporation; AMF BOWLING CENTERS, INC., a Corporation; AMF BOWLING CENTERS, INC. DBA BOWLERO CORPORATION, a Corporation; and DOES 3 through 50, inclusive | ) Courtroom: 1 |
|  | ) Magistrate Judge: Sheri Pym |
|  | ) |
|  | ) **NOTICE OF CONFIDENTIAL** |
|  | ) **SETTLEMENT; STIPULATION** |
|  | ) **FOR DISMISSAL WITH** |
|  | ) **PREJUDICE** |
|  | ) |
| Defendants. | ) Final Pretrial Conf.: Octobr 3, 2022 |
|  | Jury Trial Date: October 18, 2022 |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff, MIKE NICHOLSON and Defendants AMF BOWLING CENTERS, INC. (erroneously sued as BOWLERO CORP.) and AMF BOWLING CENTERS, INC. dba BOWLERO CORPORATION, collectively the "Parties", by and through their attorneys of record, advise the Court that that they participated in a virtual private mediation with the assistance of Tim Corcoran, Esq. at Redlands Arbitration and Mediation Services, Inc. on March 7, 2022. After the Mediation, the Parties were able to fully resolve this matter. The Parties hereby stipulate to the dismissal of this action, in its entirety, with prejudice, each side to bear its own costs and fees.

Dated:   May 26, 2022

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: __/s/ Shelby B. Crawford_____
Shelby Crawford, Esq.
Attorneys for Defendant,
AMF BOWLING CENTERS, INC.
erroneously sued as BOWLERO
CORP. and AMF BOWLING
CENTERS, INC. dba BOWLERO
CORPORATION

Dated:   May 26, 2022

BLOMBERG BENSON &
GARRETT

By: _/s/ David K. Garrett_____
David K. Garrett, Esq.
Attorneys for Plaintiff,
MIKE NICHOLSON

# CERTIFICATE OF SERVICE

*Nicholson v. AMF Bowling Corp.*
**Our File No. 11033.00245**
**USDC, Central District of California Case No. 5:21-cv-00851-JGB-SP**

At the time of service, I was over 18 years of age and not a party to the action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California, 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **May 26, 2022,** I served the following document(s):

**NOTICE OF CONFIDENTIAL SETTLEMENT; STIPULATION FOR DISMISSAL WITH PREJUDICE**

[]   **(BY ELECTRONIC SERVICE)** I electronically served the foregoing document in PDF format on behalf of *Defendant, AMF Bowling Centers, Inc. (erroneously sued as Bowlero Corp. and AMF Bowling Centers, Inc. dba Bowlero Corporation).*

The documents were served by the following means:

[X]  **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **May 26, 2022**, at Los Angeles, California.

*/s/Susan Marriott*               .
Susan Marriott

**SERVICE LIST**
**Nicholson v. Bowlero**
**Attorneys for Defendant, AMF Bowling Corp.**
**USDC, Central District of California Case No.: 5:21-cv-00851-JGB-SP**
**Our File No. 11033.00245**

David K. Garrett, Esq.
BLOMBERG BENSON & GARRETT
10300 4TH Street, Suite 150
Rancho Cucamonga, CA 91730
Tel: 909-945-5000; Fax: 909-945-3143
david.garrett@dkg.com

**Attorneys for Plaintiff**