1  David K. Garrett, Esq. SBN 114085
2  **BLOMBERG BENSON & GARRETT**
   10300 4TH Street, Suite 150
3  Rancho Cucamonga, CA 91730
4  Telephone: 909-945-5000
   Facsimile: 909-945-3143
5  david.garrett@dkg.com

6  
7  Attorneys for Plaintiff,
   MIKE NICHOLSON

8  
9  Shelby Crawford, Esq., SBN 217286
   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
10 555 South Flower Street, Suite 2900
   Los Angeles, California 90071-2407
11 Telephone:(213) 443-5100
12 Facsimile: (213) 443-5101
   Shelby.crawford@wilsonelser.com
13

14 Attorneys for Defendants,
   AMF BOWLING CENTERS, INC.
15 erroneously sued as BOWLERO CORP.
16 and AMF BOWLING CENTERS, INC. dba BOWLERO CORPORATION

17              **UNITED STATES DISTRICT COURT**
18            **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE**
19

| | |
|---|---|
| 20  MIKE NICHOLSON, an individual, | ) Case No.: 5:21-cv-00851-JGB-SP |
| 21              Plaintiff, | ) |
|      vs. | ) **ORDER ON PLAINTIFF'S** |
| 22  BOWLERO CORPORATION, a | ) **REQUEST FOR VOLUNTARY** |
|      Corporation; AMF BOWLING | ) **DISMISSAL OF HIS COMPLAINT** |
| 23  CENTERS, INC., a Corporation; AMF | ) **WITH PREJUDICE** |
| 24  BOWLING CENTERS, INC. DBA | ) |
|      BOWLERO CORPORATION, a | ) Final Pretrial Conf.: October 3, 2022 |
| 25  Corporation; and DOES 3 through 50, | ) Jury Trial Date: October 18, 2022 |
| 26  inclusive | ) |
|    | ) |
| 27              Defendants. | ) |
| 28 | |

1
ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL OF HIS COMPLAINT WITH PREJUDICE
271507717v.1

1  The Court, having considered Plaintiff MIKE NICHOLSON and Defendants AMF BOWLING CENTERS, INC. (erroneously sued as BOWLERO CORP.) and AMF BOWLING CENTERS, INC. dba BOWLERO CORPORATION, collectively the "Parties", Notice of Settlement and Request for Dismissal with prejudice, finds that good cause appears for the request.

**NOW, THEREFORE**, the above captioned action is hereby dismissed with prejudice, each side to bear its own costs and fees.

Dated: June 7, 2022

_____
Honorable Jesus G. Bernal